IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 21-03085-01-CR-S-BP |
| BADETITO O. OBAFEMI, | ) ) ) |
| Defendant. | ) |

**ORDER**

Before the Court is Defendant's Motion to Amend Conditions of Release. (Doc. 44.) Defendant's current conditions of pretrial release state that he is "restricted to 24-hour-a-day lock-down at [his] residence except for medical necessities and court appearances or other activities specifically approved by the court." (Doc. 29.) He moves to be allowed to travel from his home between the hours of 7:00 a.m. and 8:00 p.m. on Monday through Friday each week to review discovery at the law office of attorney Jameel Manji. He also moves to be allowed to take his children to and from their school. Lastly, he moves to be allowed to attend religious services at his church on Sunday mornings. The Government has filed a Response, objecting to some of requested relief. (Doc. 45.)

Upon review, it is **ORDERED** that the Motion to Amend Conditions of Release is **GRANTED IN PART AND DENIED IN PART**. The Order Setting Conditions of Release (doc. 29) is amended as follows:

1. Defendant may travel directly between his residence and the law office of Jameel Manji at 5745 Lawrenceville Hwy, Tucker, Georgia, for the sole purpose of reviewing discovery at Mr. Manji's office on Monday through Friday between 7:00 a.m. and 6:00 p.m.; and

2. Defendant may take his children from the family residence directly to North Cobb Christian School, 4500 Eagle Drive, Kennesaw, Georgia on Monday through

Friday between 7:00 a.m. and 10:00 a.m., then must either return directly to his residence or travel directly to the law office of Jameel Manji.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: January 25, 2023