IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 21-03085-01-CR-S-BP |
| ) | |
| BADETITO O. OBAFEMI, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is Defendant's (Second) Motion to Amend Conditions of Release. (Doc. 62.) Defendant's original conditions of pretrial release state that he is "restricted to 24-hour-a-day lock-down at [his] residence except for medical necessities and court appearances or other activities specifically approved by the court." (Doc. 29.) Defendant must also submit to location monitoring technology as directed by the supervising officer. *Id*. On January 25, 2023, on Defendant's first motion to amend conditions of release, the conditions of release were amended to add the following terms:

1. Defendant may travel directly between his residence and the law office of Jameel Manji at 5745 Lawrenceville Hwy, Tucker, Georgia, for the sole purpose of reviewing discovery at Mr. Manji's office on Monday through Friday between 7:00 a.m. and 6:00 p.m.; and

2. Defendant may take his children from the family residence directly to North Cobb Christian School, 4500 Eagle Drive, Kennesaw, Georgia on Monday through Friday between 7:00 a.m. and 10:00 a.m., then must either return directly to his residence or travel directly to the law office of Jameel Manji.

(Doc. 51.)

He now moves to be allowed to travel from his home between the hours of 2:00 p.m. and 6:00 p.m. on Monday through Friday each week to pick up his children at their school. The Government has filed a Response, objecting to the relief requested. (Doc. 63.)

Upon review, it is **ORDERED** that the (Second) Motion to Amend Conditions of Release is **GRANTED**. The Order Setting Conditions of Release (doc. 29) is amended as follows:

3. Defendant may travel directly from either his residence or the law office of Jameel Manji to the North Cobb Christian School for the sole purpose of picking up his children on Monday through Friday between 2:00 p.m. and 6:00 p.m., and must return directly to his residence by no later than 6:00 p.m.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: September 12, 2023