IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 21-03085-01-CR-S-BP |
| BADETITO O. OBAFEMI, | ) |
| Defendant. | ) |

**ORDER**

Before the Court is Defendant's (fourth) Motion to Amend Bond Conditions. (Doc. 76.) In this matter, Defendant entered a plea of guilty on April 18, 2024, and is awaiting sentencing. At the change of plea hearing, the Court ordered Defendant to "seek lawful employment" as a condition of his release. (Doc. 72 at 18.) He now moves to modify this condition to allow either full-time employment or full-time enrollment in school. He asserts that he is presently unemployed and is unable to obtain employment because of the existing case, and that pursuing education will assist him in seeking employment. The Government opposes the motion, arguing that there are ample employment opportunities in the Atlanta area and that Defendant should continue to seek employment to allow him to pay back his victims rather than incur additional student loan debt. (Doc. 77.)

Upon review, it is **ORDERED** that the (fourth) Motion to Amend Bond Conditions is **DENIED**.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: July 23, 2024